```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                     JACKSON DIVISION
```

**WANDRA KING**                                                          **PLAINTIFF**

**VS.**                                    **CIVIL ACTION NO.3:06cv166-WHB-LRA**

**MICHAEL'S STORES, INC., and**
**JOHN DOES 1-10**                                                     **DEFENDANTS**

## ORDER OF DISMISSAL

On December 12, 2006, United States Magistrate Judge Linda R. Anderson entered an Order by which Don H. Evans was allowed to withdraw as counsel for Plaintiff Wandra King ("King"), and King was granted thirty days within which to (1) notify the Clerk of Court, in writing, that she was representing herself, *pro se*, in this litigation, or (2) retain private counsel who would thereafter be required to file a written Notice of Appearance in this case. King was specifically notified that a failure to comply with the Order within the prescribed thirty-day period could result in a dismissal of her lawsuit, without prejudice.

To date, King has not informed the Clerk of Court that she is proceeding *pro se* in this lawsuit, and no other attorney has entered a written appearance on King's behalf. As King has failed to comply with Judge Anderson's December 12, 2006, Order, the Court finds that this lawsuit should be dismissed without prejudice in accordance with that Order.

For the foregoing reasons:

IT IS THEREFORE ORDERED that this case is dismissed without prejudice to the parties.

IT IS FURTHER ORDERED that the Motion of Defendant for Extension of the Expert Deadline [Docket No. 19], and the Motion of Defendant to Dismiss [Docket No. 24] are hereby denied as moot.

IT IS FURTHER ORDERED that the Clerk of Court is directed to place a copy of this Order in the United States Mail addressed to the following:

>     Wandra King
>     107 Dana Street
>     Brandon, MS 39042

SO ORDERED this the 22nd day of February, 2007.


                                    s/ William H. Barbour, Jr.
                                    UNITED STATES DISTRICT JUDGE